DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| State of Ohio, Department of Job and Family Services | ) ) ) | CASE NO. 5:12-CV-01134 |
| Plaintiff, | ) ) ) | **JUDGMENT ENTRY** |
| v. | ) ) | |
| Carolyn Jones, Fiduciary of the Estate of Earnest Jones, Deceased | ) ) | |
| Defendant. | | |

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this case be remanded to the Summit County Court of Common Pleas.

The Clerk is directed to mail a copy of the Court's Memorandum Opinion and Order, and this Judgment Entry, to the Summit County Court of Common Pleas.

This case is closed.

IT IS SO ORDERED.

| | |
|---|---|
|  June 25, 2012 |  *s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |